**IN the INTEREST OF: G.W.C., a Minor**

**Petition of: T.F.C.**

**No. 466 WAL 2016**

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Stephen J. BROWN, Petitioner**

**No. 416 EAL 2016**

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

**George Ivan LOPEZ, Petitioner**

v.

**GREENE COUNTY COURT and, Prothonotary, Mrs. Susan White, Respondents**

**No. 198 EM 2016**

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of January, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.